**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **PAUL MANNING,** | CASE NO. 3:23 CV 175 |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **JUDGE AMY BERLING, et al.,** | |
| Defendants. | **JUDGMENT ENTRY** |

In accordance with the accompanying Memorandum Opinion and Order, it is hereby ORDERED that this action is DISMISSED pursuant to Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B).   The Court further CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

1